## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PAULINE LOMAX                                                    PLAINTIFF

V.                          CASE NO. 3:19-CV-124-KGB-BD

CRAIGHEAD COUNTY JAIL, *et. al*.                                DEFENDANTS


## <u>ORDER</u>

For screening purposes, Plaintiff Pauline Lomax has stated a deliberate-indifference claim against Defendant Kara Black and the Doe Defendants. Service for Defendant Black is now proper.

The Clerk of Court is directed to prepare a summons for Defendant Black. The United States Marshal is directed to serve a copy of the complaint and the amended complaint (#1, #5), with any attachments, and a summons for Defendant Black without requiring prepayment of fees and costs or security. Service for Defendant Black should be through the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401.

Ms. Lomax is cautioned that all defendants must be served with a complaint and a summons within 90 days of the filing of a complaint. This includes "John/Jane Doe" defendants. Any defendant who is not served within 90 days can be dismissed, without prejudice, from the lawsuit. It is Ms. Lomax's responsibility to identify and serve defendants, including "Doe" defendants. Because she is proceeding IFP, the Court will order service of process for the defendants, but Ms. Lomax is responsible for providing

valid service addresses. She may send discovery requests, or use other means, to find valid service addresses for defendants.

IT IS SO ORDERED, this 20th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE