# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PAULINE LOMAX**                                                                                **PLAINTIFF**

**V.**                       **CASE NO. 3:19-CV-124-JM-BD**

**CRAIGHEAD COUNTY JAIL,** *et. al*.                                  **DEFENDANTS**

## ORDER

The Court has received a recommended from Magistrate Judge Beth Deere to dismiss the Craighead County Detention Facility from this lawsuit. Ms. Lomax has not filed objections to that recommendation. After careful review of the recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Lomax's claims against the Craighead County Detention Facility are DISMISSED, with prejudice. The Clerk of Court is instructed to terminate this party as a Defendant.

IT IS SO ORDERED this 30th_day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE