IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PAULINE LOMAX**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 3:19-CV-124-JM-BD**

**CRAIGHEAD COUNTY JAIL**, *et. al*.                                  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge James M. Moody Jr. Ms. Lomax may file written objections to this Recommendation if she disagrees with its findings or conclusions. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Ms. Lomax may waive any right to appeal questions of fact.

**II.**      **Discussion**

Ms. Lomax, formerly an inmate at the Craighead County Detention Facility, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mail sent to Ms. Lomax from the Court was returned as "undeliverable," with a notation that Ms. Lomax was "not here." (#14) Ms. Lomax has failed to inform the Court

of her current address, as required for parties who are not represented by counsel. See Local Rule 5.5.

In an August 13, 2019 order, Ms. Lomax was directed to notify the Court of her current address within 30 days. (#15) In that order, the Court specifically cautioned Ms. Lomax that her claims could be dismissed if she failed to update her address. To date, she has failed to comply with the Court's August 13 Order, and the time allowed for responding has passed.

### III. Conclusion

The Court recommends that Ms. Lomax's claims be DISMISSED, without prejudice, based on her failure to comply with the August 13 Order and her failure to prosecute this lawsuit.

DATED this 17th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE