# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PAULINE LOMAX**                                                            **PLAINTIFF**

**V.**                  **CASE NO. 3:19-CV-124-JM-BD**

**CRAIGHEAD COUNTY JAIL,** *et. al*.                         **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. Ms. Lomax has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Ms. Lomax's claims are DISMISSED, without prejudice, based on her failure to comply with the Court's August 13, 2019 Order and her failure to prosecute this lawsuit.

IT IS SO ORDERED, this 3rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE