IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAULINE LOMAX                                                                                               PLAINTIFF

V.                          CASE NO. 3:19-CV-124-JM-BD

CRAIGHEAD COUNTY JAIL, *et. al*.                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE